FRANK C. KRUG, Appellant, *v.* HOMER D. BLISS,
Respondent.

Reported below, 171 App. Div. 976.

(Submitted April 28, 1919; decided May 2, 1919.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered December 22, 1915, affirming
a judgment in favor of defendant entered upon a dis-
missal of the complaint by the court at a Trial Term
without a jury.  (See 226 N. Y. 620.)

The motion was made upon the ground that the appeal
books served upon respondent did not contain a true
record of the proceedings in the courts below.

*Walter N. Renwick* for motion.

No one opposed.

Motion denied, without costs.

---

DANIEL J. SHANAHAN, Appellant, *v.* STATE OF NEW
YORK, Respondent.

*Shanahan v. State of New York,* 175 App. Div. 961, appeal
dismissed.

(Submitted April 28, 1919; decided May 2, 1919.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the third
judicial department, entered January 17, 1917, affirming
a judgment of the Court of Claims.

The motion was made upon the ground of failure to
file the required undertaking.

*Charles D. Newton, Attorney-General (B. F. Sturgis* of
counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.